PAUL HALPIN, Appellant, *v.* THE MUTUAL BREWING COMPANY et al., Respondents.

Reported below, 91 Hun, 220.
(Submitted January 20, 1896; decided January 31, 1896.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made December 4, 1895, which affirmed an order of Special Term permitting the receiver of the Mutual Brewing Company defendant to pay out funds to certain persons named.

*Durnin & Yates* for appellant.

*C. J. G. Hall* for respondents.

Appeal dismissed, with costs; no opinion.
All concur.

---

THE FIRST NATIONAL BANK OF PATERSON, NEW JERSEY, Appellant, *v.* SETH M. TUTTLE, Alleged Trustee, Impleaded, etc., Respondent.

(Submitted January 20, 1896; decided January 31, 1896.)

APPEAL from order of the General Term of the Superior Court of the city of New York, made December 23, 1895, which affirmed an order of Special Term directing a bill of particulars.

*Preston Stevenson* for appellant.

*Wells, Waldo & Snedeker* for respondent.

Appeal dismissed, with costs; no opinion.
All concur.